[No. 46826-0-I. Division One. June 11, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. NGO THO HUYNH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-00365-6, Ronald Kessler, J., entered June 21, 2000. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, A.C.J., and Grosse, J. Now published at 107 Wn. App. 68.

[No. 47006-0-I. Division One. June 11, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ALONZO BRADLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06534-1, Patricia H. Aitken, J., entered June 26, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47028-1-I. Division One. June 11, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAROSLAW KOZAK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06754-0, Charles W. Mertel, J., and Ken Comstock, J. Pro Tem., entered June 27, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47700-5-I. Division One. June 11, 2001.]

*In the Matter of the Sentence of* DONYEAL TYLER.

Postsentence petition filed by the Department of Corrections seeking review of a sentencing decision. *Reversed* by unpublished per curiam opinion.

[No. 48510-5-I. Division One. June 11, 2001.]

*In the Matter of the Personal Restraint of* JOHN HANSON, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.